IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

IDA E. SHOEMAKER                                                                          PLAINTIFF

V.                                NO.  12-3009

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                           DEFENDANT

<u>JUDGMENT</u>

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED this April 2, 2013.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge

+